```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 19653
   YVONNE EDWARDS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2738


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 07/30/2008 and was not confirmed.

   The case was dismissed without confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00          .00          .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     15000.00          .00          .00
WELLS FARGO BANK NA      CURRENT MORTG          .00          .00          .00
WELLS FARGO BANK NA      SECURED NOT I     30860.81          .00          .00
WELLS FARGO BANK/OCWEN   MORTGAGE NOTI   NOT FILED          .00          .00
AMERICAN EXPRESS         UNSECURED          4083.87          .00          .00
TARGET NATIONAL BANK     UNSECURED           733.69          .00          .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------       ---------------
TOTALS                       .00                   .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 19653 YVONNE EDWARDS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE